IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:10-CR-248-SDJ-KPJ-3 |
| ERNIE TARANGO | § § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on January 27, 2022, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Colleen Bloss.

On March 5, 2012, United States District Judge Marcia A. Crone sentenced Defendant to a term of one hundred and sixty-eight (168) months' imprisonment followed by five (5) years of supervised release. Defendant was also fined in the amount of $1,750 and ordered to pay a $100 special assessment. On June 30, 2015, Defendant's term of imprisonment was reduced to one hundred and thirty-five (135) months. On October 11, 2019, Defendant completed his term of imprisonment and began serving the term of supervision. On March 22, 2021, this action was assigned to United States District Judge Sean D. Jordan.

On December 7, 2021, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 166). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime;  (2) Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month; and (3) any

remaining balance of Defendant's $1,750 fine shall be paid in monthly installments upon commencement of the term of supervision. *See* Dkt. 166.

The Petition asserts Defendant violated the foregoing conditions as follows:

- On March 15, 2021, Defendant was arrested for Continuous Family Violence, a state felony. Defendant pled guilty to a lesser included offense.
- Also on March 15, 2021, a protective order was issued against Defendant. Defendant was arrested for violating the protective order on March 28, 2021. Defendant pled guilty to Violation of Protective Order, a misdemeanor, and Invasive Visual Recording, a felony.
- Defendant failed to submit a monthly report to his probation officer in February 2021.
- Defendant failed to pay toward his fine in January and March 2021.

On January 27, 2022, the Court conducted a final revocation hearing on the Petition. *See* Dkt. 176. Defendant entered a plea of true to allegations 1 through 3, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the United States Magistrate Judge. *See* Dkts. 176, 177. The Court finds that Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

### **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the January 27, 2022 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eleven (11) months, followed by an additional thirty (30) months of supervised release under the same conditions previously imposed. This sentence shall run consecutive to any other sentence imposed. The Court further recommends Defendant be placed at the Federal Bureau of Prisons facility in Seagoville, Texas, if appropriate.

**So ORDERED and SIGNED this 1st day of February, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE